UNITED STATES DISTRICT COURT FOR THE ~~SOUTHERN~~ DISTRICT OF Columbia
_____ DIVISION

### § 2241 HABEAS CORPUS PETITION FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241
### OR IN ACTIONS CHALLENGING REMOVAL PROCEEDINGS

**FILED**

FEB - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Frederick H. Banks

Inmate/Alien # 05711-068

Unit 2Au, PO Box 5000
Yazoo City, MS 39194

(Enter full name of Petitioner, prison number or alien [A] number, if applicable, AND address of place of confinement.)

Case: 1:08-cv-00194
Assigned To : Sullivan, Emmet G.
Assign. Date : 2/1/2008
Description: Habeas Corpus

vs.

CASE NO: _____
(To be assigned by Clerk)

Attorney General of the USA, 950 Pennsylvania Ave NW, Washington DC 20530
Warden, FCC Yazoo City, 2225 Haley Barbour Parkway, Yazoo City, MS 39194
Federal Bureau of Prisons, 320 First St. (Evidentiary Hearing Requested), NW., Washington, DC 20534
United States of America, 950 Pennsylvania Ave., NW., Washington DC 20530

(Enter name and title of each Respondent. If additional space is required, use the blank area below and directly to the right.)

Please send with a $5.00 money order made payable to: Clerk, US District Court
333 Constitution Avenue, NW
Washington, DC 20001

1

## ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM

### ANSWER ALL OF THE FOLLOWING:

1. This petition concerns (check where applicable):
   - (a). ☐ a conviction
   - (b). ☐ a sentence
   - (c). ☐ prison disciplinary action or other action resulting in lost gain time credits
   - (d). ☐ parole
   - (e). ☐ immigration/removal
   - (f). ☑ other (explain): __Unlawful Confinement__

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:
   - (a). Name(s) and location(s) of court: __United States District Court Western District of PA__
   - (b). Case Number(s): __03-245; 04-176__
   - (c). Charge(s) for which you were convicted: __Mail fraud, Money laundering, Possession Uttering Counterfeit or forged security, witness tampering, Copyright Infringement__
   - (d). What was your plea? (Check one)
     - (1) Not Guilty ☑
     - (2) Guilty ☐
     - (3) Nolo contendere ☐
   - (e). Did you appeal from the judgment of conviction?   Yes ☑   No ☐

3. If you did appeal, answer the following:
   - (a) Name of Court: __US Court of Appeals__   Case #: __05-1715__
   - (b) Result: __Affirmed__
   - (c) Date of opinion and mandate (citation, if known): __June 20, 2006__

4. Claims that challenge your conviction or imposition of sentence can only be raised by motion under 28 U.S.C. § 2255 unless the § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:
   - (a) Have you filed a motion under 28 U.S.C. § 2255?
     Yes ☑   No ☐

2

If yes, please provide the results of the proceeding(s) and the relevant date(s): _Denied COA_
_Denied in 2007._

(b). Explain why the remedy under § 2255 was or is inadequate or ineffective: _A 2255 motion is inadequate and ineffective to challenge the execution of Banks sentence because he is being lawfully confined by the Executive because he has a Judgment from a Tribal Court invalidating his federal convictions. When an inmate challenges the fact of the Confinement in that he is being unlawfully confined by the Executive Habeas Corpus under 2241 is the exclusive remedy for relief, to be released from said Confinement. See Prieser v. Rodriguez 411 US 475, 486 (1973)(citing Moltke v. Gillies, 332 US 708, 92 LEd 309, 68 S Ct 316 (1948). In violation of the Eighth Amendment._

5. Are you currently represented by counsel in this case or in any other court case?

   Yes ☑   No ☐
   If yes, please explain: _I'm represented on Appeal from the 04-176 case_

6. If this case concerns removal proceedings:

   (a) Date of final order of removal: _N/A_

   (b) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

7. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts.

   (a). Ground one: _PETITIONER A NATIVE AMERICAN AND MEMBER OF AN INDIAN TRIBE IS BEING UNLAWFULLY CONFINED IN FEDERAL PRISON BECAUSE HIS FEDERAL CONVICTIONS WERE INVALIDATED IN A TRIBAL COURT WHEN HE SUED THE USA AND RECEIVED A JUDGMENT IN THAT CASE_

VENUE

Venue is proper in the District of Columbia because the Tribal Court Justice determined in the Judgment that Banks could bring this Habeas action where the seat of government is. See Exhibit A.

3

Supporting FACTS (state *briefly* without citing cases or law): Federal prisoner Frederick Bunks is being confined in violation of the United States Constitution because he received a Judgment in Tribal Court invalidating his Federal Convictions see exhibit A. Bunks notified the BoP who acted indifferently and refused to release him. Bunks continued confinement is in violation of the Eighth Amendment and Constitutes Cruel and Unusual Punishment in violation thereof. Prison officials simply refused to investigate Bunk's allegations which violated the Eighth Amendment. Haygood v. Younger 769 F.2d 1350 (9th Cir. 1985), Exhaustion: cert den 478 US 1020 (1986), Sample v. Diecks 885 F.2d 1099 (3rd Cir. 1989),

[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding? Campbell v. Peters 256 F.3d 695 (7th Cir. 2001).

Yes ☒   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

I requested administrative remedies to exhaust on this issue. Prison counselor denied the request because she stated that I am not to be released until 2013. Since the BoP refused to provide remedies, I have exhausted my available remedies in this action.

[2] - (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals? Exhaustion doctrine only requires the

Yes ☐   No ☐   exhaustion of remedies that are available. Elliot v. Fed Bureau of Prisons 2006 US

If yes, please provide the results of the proceeding(s) and the relevant date(s). Dist LEXIS 94342 (D.C. Dist 2006).

(b). Ground two: _____

_____

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

4

_____
_____

Exhaustion:
[1] - Have you presented ground two to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
    Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:
_____
_____
_____

[2] - (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground two to the Board of Immigration Appeals?
    Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____
_____

©. Ground three: _____
_____
_____
_____
_____

Supporting FACTS (state *briefly* without citing cases or law): _____
_____
_____
_____
_____
_____
_____

Exhaustion:
[1] - Have you presented ground three to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
    Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____
_____
_____

[2] - (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground three to the Board of Immigration Appeals?
   Yes ☐   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). _____
_____

(d).   Ground four: _____
_____
_____
_____
_____
_____

Supporting FACTS (state *briefly* without citing cases or law): _____
_____
_____
_____
_____
_____
_____
_____

Exhaustion:
[1] - Have you presented ground four to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☐   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

_____
_____
_____

6

IN THE SUPREME COURT OF THE UNITED TRIBES

FREDERICK BANKS,       )
    Plaintiff,       )
                      )
    v.                 )   Civil Action No. 07-2311-JR
                      )
UNITED STATES OF AMERICA,  )
    Defendant.     )

## JUDGMENT IN A CIVIL CASE

AND NOW This 16th day of January, 2008 this Court having not received a reply to Plaintiff's Complaint to Declare Invalid Prior Federal Convictions by Authorized State Tribuinal; and Motion for Summary Judgment it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is granted and his prior Federal Convictions are hereby declared invalid in cases USA v. Banks, 03-245 (WDPa); USA v. Banks, 04-176 (WDPa); USA v. Banks, 96-63 (WDPa). This Court finds that Banks a federdal inmate may challenge his three prior convictions in this tribal court, because since Banks is a Lakota Sioux Native American and a member and officer of the United Tribes he is subject to the jurisdiction of this court and therefore this Court is an authorized state tribuinal to make such a determination. Heck v. Humphrey, 512 US 477 (1994). A tribal Court is an authorized state tribuinal. O'Neal v. Cheyenne River Sioux Tribe 482 F.2d 1140 (8th Cir. 1973), where as here it is created by a Tribal Constitution under the Indian Reorganization Act. 25 USCA § 476.; Iron Crow v. Ogallala Sioux Tribe, 129 F. Supp 15 (DC SD 1955), affd 231 F.2d 89 (8th Cir. 1956). Besides the fact that the Complaint was served on the US Attorney and they chose not to respond and ignore this Court's order Bank's convictions are also declared invalid on the grounds that he was issued a Pardon by the President of the United Tribes which went uncontested by the US Attorney's office in Pittsburgh, PA. FURTHER ORDERED that Banks may challenge his confinement by way of Federal Habeas Corpus Action and this Court finds that venue is proper either in the venue where he is presently confined, in the venue where he was convicted, or in the venue where the seat of the United States government sits. Also, since these convictions are invalidated by this Order Banks may suit for damages in each of those venues if he chooses to do so. Heck.

[seal]

Exhibit A

BY: /s/ Jay Rivers
    Chief Justice

08 0194

FILED
FEB - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[2] - (Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground four to the Board of Immigration Appeals?
   Yes ☐   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

8. WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the following relief: _ORDER The Respondents to immediately release Petitioner, Hold an Evidentiary Hearing, Show Cause, the government to respond to the allegations, Appoint Counsel at the hearing._

### DECLARATION

I declare under penalty of perjury that I have read the above and the information contained herein is true and correct.

_1/20/08_
(Date)

_____
Signature of Petitioner

### IF MAILED BY PRISONER:

I declare or state under penalty of perjury that this petition was (check one):
☑ delivered to prison officials for mailing, or ☐ deposited in the prison's internal mail system on:
_1/20/08_ (date).

_____
Signature of Petitioner

7

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Counselor/~~____~~ Unit team / WARDEN | DATE: 1/18/08 |
|---|---|
| FROM: Frederick Banks | REGISTER NO.: 05711-068 |
| WORK ASSIGNMENT: Recreation | UNIT: 2Au |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

A default judgment invalidating my Federal convictions was filed in the United Tribes Supreme Court today, a Tribal Court, my Federal convictions were declared invalid. I am putting you on notice that you must release me immediately.

(Do not write below this line)

DISPOSITION:

You will not be Released until 2013
V/More Remedies/

Signature Staff Member       Date 1/18/08        FFB - 1

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)   Exhibit B   This form replaces BP-148.070 dated Oct 86
                                                   and BP-S148.070 APR 94

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
FREDERICK H. BANKS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 05711-068

## DEFENDANTS
ATTY. GENERAL OF U.S.
ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00194
Assigned To : Sullivan, Emmet G.
Assign. Date : 2/1/2008
Description: Habeas Corpus

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
■ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— O —


| ■ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ■ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

■ 1) Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241 - Habeas Corpus -

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ■ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

DATE Feb. 1, 2008   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd